IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |  |
|---|---|---|
| ROBERT LEE TAYLOR, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| VS. | : | NO.  1:06-CV-7 (WLS) |
| OFFICER TAMMY PALMER, | : | |
| Defendant. | : | |

## RECOMMENDATION

Plaintiff, a *pro se* State of Georgia inmate, who is proceeding *in forma pauperis* filed this § 1983 complaint on January 23, 2006 (doc. # 2).  In the complaint the plaintiff acknowledged that he had not exhausted his available administrative remedies before filing suit as is required by the Prison Litigation Reform Act ("PLRA").  On March 14, 2006, defendant filed a Motion to Dismiss in which it is urged that inasmuch as plaintiff has not exhausted his available administrative remedies § 1997e of the PLRA dictates dismissal of the complaint (doc. # 6).  On March 15, 2006, the undersigned gave plaintiff notice of the motion and advised him of his right to respond in opposition to the motion (doc.# 7).  On March 21, 2006, plaintiff responded by filing his own motion to dismiss his complaint without prejudice (doc. # 8).  In his motion plaintiff alleges that he did not exhaust because the authorities at Calhoun State Prison would not provide him with grievance forms.  Plaintiff goes on however to request dismissal so that he might attempt exhaustion.

Inasmuch as the parties have requested dismissal of the complaint and that result is dictated by § 1997e of the PLRA, it is the **RECOMMENDATION** of the undersigned that the

complaint be dismissed without prejudice to plaintiff's right to re-file subsequent to the exhaustion of his available administrative remedies provided he does so within the statute of limitations period.   Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

       **SO RECOMMENDED,** this 28th  day of May 2006.


                  */S/ Richard L. Hodge*         
                  RICHARD L. HODGE
                  UNITED STATES MAGISTRATE JUDGE