**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

ROBERT LEE TAYLOR, :
:
    Plaintiff, :
:
v. : 1:06-CV-7 (WLS)
:
OFFICER TAMMY PALMER, :
:
:
    Defendants. :
_____ :

## O R D E R

    Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 12), filed June 28, 2006. It is recommended that Defendant's motions to dismiss the complaint (Doc. Nos. 6, 8) be granted. Plaintiff has not objected and agrees that he has not exhausted his administrative requirements.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motions to dismiss (Doc. Nos. 6, 8) are **GRANTED.** Plaintiff's complaint is dismissed.

    SO ORDERED, this  31st  day of January, 2007.

                                                                /s/W. Louis Sands
                                                                **W. Louis Sands, Judge
                                                                United States District Court**